757 A.2d 367

**COMMON CAUSE/PENNSYLVANIA and Citizens Against New Toll Roads and Community Environmental Legal Defense Fund and Zero Population Growth, Inc., Appellants (At 61/98),**

**v.**

**COMMONWEALTH of Pennsylvania and Thomas J. Ridge, Governor and Robert A. Judge, Sr., Secretary of Revenue and Bradley L. Mallory, Secretary of Transportation, Appellees.**

**Senator Robert C. Jubelirer and Representative Matthew J. Ryan, Intervenors (Appeal of At 63/98).**

Supreme Court of Pennsylvania.

Aug. 30, 2000.

## *ORDER*

PER CURIAM:

**AND NOW,** this 30 [th] day of August, 2000 the Order of the Commonwealth Court is hereby affirmed. *Pennsylvania AFL–CIO, et al. v. Commonwealth et al.,* —— Pa. ——, 757 A.2d 917 (1998).